1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
4
   MARK R. CONRAD (CABN 255667)
5  Assistant United States Attorney

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
7    Telephone: (415) 436-7025
     Fax: (415) 436-6748
8    mark.conrad@usdoj.gov

9  Attorneys for Defendant

10 Richard L. Mahfouz II (SBN 246739)
   CLERKIN, SINCLAIR & MAHFOUZ, LLP
11 701 B Street, Suite 1160
   San Diego, CA  92101
12 Telephone: (619) 308-6550
   Fax: (619) 912-3132
13 Email: rlmahfouz@clerkinlaw.com

14
15       UNITED STATES DISTRICT COURT

16       NORTHERN DISTRICT OF CALIFORNIA

17        SAN FRANCISCO DIVISION

18

19 STATE FARM AUTOMOBILE  ) CASE NO. C 14-05571 JCS
   INSURANCE COMPANY,    )
20            ) **STIPULATION OF DISMISSAL**
     Plaintiffs,       ) **WITHOUT PREJUDICE PURSUANT TO**
21            ) **RULE 41(a)(1)(A)(ii)**
    v.          )
22            )
   UNITED STATES OF AMERICA,  )
23            )
     Defendant.      )
24            )

25
26
27
28

1  WHEREAS, Plaintiff State Farm Automobile Insurance Company ("State Farm") filed the
2 above-captioned action on December 22, 2014, *see* Dkt. No. 1;

3  WHEREAS, Plaintiff served the United States Attorney's Office with a copy of the Complaint
4 on February 26, 2015; served the United States Department of Defense with a copy of the Complaint on
5 March 10, 2015; and served the Attorney General of the United States with a copy of the Complaint on
6 March 11, 2015, *see* Dkt. Nos. 10-13;

7  WHEREAS, pursuant to the Federal Tort Claims Act ("FTCA"), "[a]n action shall not be
8 instituted upon a claim against the United States for money damages for injury or loss of property or
9 personal injury or death caused by the negligent or wrongful act or omission of any employee of the
10 Government while acting within the scope of his office or employment, unless the claimant shall have
11 first presented the claim to the appropriate Federal agency and his claim shall have been finally denied
12 by the agency in writing and sent by certified or registered mail," 28 U.S.C. § 2675(a);

13  WHEREAS, Plaintiff alleges and asserts that a claim against the United States in connection
14 with the events giving rise to this action was served upon the United States, and that no response to its
15 administrative complaint was ever received, *see* Dkt. No. 1 ¶ 14;

16  WHEREAS, Defendant United States of America denies that an administrative claim was
17 presented as required by the FTCA and, accordingly, asserts that the above-captioned matter is subject
18 to dismissal under Rule 12(b)(1), *see Caton v. United States*, 495 F.2d 635, 638 (9th Cir. 1974);

19  WHEREAS, the parties wish to avoid the time, expense, and burden of litigating the fact or
20 adequacy of State Farm's presentation of its administrative claim and the corollary issue of whether this
21 Court has subject matter jurisdiction over the claim presented;

22  NOW, THEREFORE, by and through their undersigned counsel in this action, the parties hereby
23 stipulate and agree as follows:

24 //
25 //
26 //
27 //
28 //

STIP TO DISMISS WITHOUT PREJUDICE        - 1 -
Case No. C 14-05571 JCS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-referenced action shall be, and hereby is, dismissed *without prejudice*, each party to bear its own costs in the matter.

Respectfully submitted,

DATED: March 20, 2015

MELINDA HAAG
United States Attorney

*/s/ Mark R. Conrad*
MARK R. CONRAD
Assistant United States Attorney

DATED: March 20, 2015

CLERKIN, SINCLAIR & MAHFOUZ, LLP

*/s/ Richard L. Mahfouz II*
RICHARD L. MAHFOUZ II
Attorney for Plaintiff

Dated: 3/24/15

IT IS SO ORDERED
Judge Joseph C. Spero